STATE OF NEW JERSEY v. GREGORY ABRAM.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GLORIA JEAN JARBATH.

January 12, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. CARNEY'S, INC.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FERNANDO ODOM.

January 12, 1988.

Petition for certification denied.